### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW MEXICO

THOMAS ALBERS, *et al.*,

      Plaintiffs,

v.                                                                    Civ. No. 24-795 GJF/GBW

NEW MEXICO STATE UNIVERSITY
BOARD OF REGENTS and
SHELLEY LUSETTI,

      Defendants.

### ORDER SETTING TRIAL SCHEDULING CONFERENCE

As the parties have consented to this Court presiding as the trial court under 28 U.S.C. § 636(c)(1), *see* ECFs 5, 6, 7. **IT IS ORDERED** that a telephonic trial scheduling conference is set for **Wednesday, October 23, 2024, at 10:00 a.m. MDT**. The conference will address the scheduling and location of the trial and pre-trial conference. The parties shall call Judge Fouratt's conference line at (888) 363-4735 and use access code 9873158 to connect to the proceedings. Client attendance is not required.

      **SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE
*Presiding by Consent*