UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**THOMAS ALBERS, LEE URANGA, and
BARBARA LYONS,**

      **Plaintiffs,**

**v.**                                                                            **No. 2:24-cv-00795-GJF-GBW**

**NEW MEXICO STATE UNIVERSITY BOARD
OF REGENTS,**

      **Defendant.**

## DEFENDANT'S UNOPPOSED MOTION TO VACATE AND RESET TRIAL DATE

COMES NOW Defendant, by and through its counsel of record, Atwood, Malone, Turner & Sabin, P.A., by Bryan Evans and Jacqueline Miller and, hereby moves this Court for entry of an order vacating and resetting the trial date in the above-captioned matter, currently set for October 27, 2025, and as grounds therefore, states:

1. This case is currently scheduled for jury trial October 27, 2025, with five days allotted for trial.

2. The number of days currently reserved for trial will be insufficient to adequately litigate all the claims of all three Plaintiffs.

3. Plaintiff does not oppose this Motion.

WHEREFORE, premises considered, Defendant respectfully prays that this Court enter an order vacating the trial date, currently set to begin on October 27, 2025, and set a status conference at which the Court and parties can discuss a new trial date, and for such other relief as the Court deems just and proper.

        Respectfully submitted,

        ATWOOD, MALONE, TURNER & SABIN, P.A.

By **Electronically Filed on 04/22/25**
        Bryan Evans
        Jacqueline Miller
        P.O. Drawer 700
        Roswell, NM 88202-0700
        (575) 622-6221
*Attorneys for Defendant*

I HEREBY CERTIFY that on April 22, 2025, I filed the foregoing instrument electronically through the CM/ECF system, which caused all parties of record to be served by electronic means, as more fully reflected on the *Notice of Electronic Filing.*

*Electronically Filed on 04/22/25*
Bryan Evans