UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**THOMAS ALBERS, LEE URANGA, and**
**BARBARA LYONS,**

      **Plaintiffs,**

v.                                                                                           No. 2:24-cv-00795-GJF-GBW

**NEW MEXICO STATE UNIVERSITY BOARD**
**OF REGENTS,**

      **Defendant.**

## STIPULATED ORDER
## ON DEFENDANT'S UNOPPOSED MOTION TO VACATE AND RESET TRIAL DATE

THIS MATTER having come before the Court upon Defendant's Unopposed Motion to Vacate and Reset Trial Date and the Court having reviewed the Motion and noting that Plaintiffs do not oppose the Motion, hereby finds that Defendant's Unopposed Motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the trial currently set to begin on October 27, 2025, and all associated deadlines are VACATED.

IT IS FURTHER ORDERED that a telephonic status conference to discuss a new trial date is hereby set for Tuesday, May 13, 2025, at 10:00 a.m. MDT.

**SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE
*Presiding by Consent*